1
2
3
4
5
6
7

# United States District Court
# Central District of California

| | |
|---|---|
| MIGUEL SOTO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RIO GARY II, L.P. and RIO GAREY II, L.P.,<br><br>　　　　　　Defendants. | Case № 2:21-cv-02829-ODW (MAAx)<br><br>**JUDGMENT** |

Pursuant to the Court's Minute Order Dismissing Case With Prejudice, (ECF No. 32), it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

///
///
///
///
///
///
///
///
///

1. Defendant RIO GAREY II, L.P. shall have **JUDGMENT** in its favor.
2. Plaintiff shall recover nothing from Defendant RIO GAREY II, L.P.
3. All claims against Defendant RIO GAREY II, L.P. in Plaintiff's First Amended Complaint are dismissed **ON THE MERITS** and **WITH PREJUDICE**.

This Order shall constitute the **FINAL JUDGMENT** of the Court.

**IT IS SO ORDERED.**

March 9, 2022

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**